AO 10
Rev. 1/2012

# FINANCIAL DISCLOSURE REPORT
# FOR CALENDAR YEAR 2011

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Halpern, James S. | U.S. Tax Court | 07/09/2012 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. Tax Court Judge -- Active | ☐ Nomination    Date <br> ☐ Initial    ☑ Annual    ☐ Final <br> 5b. ☐ Amended Report | 01/01/2011 <br> to <br> 12/31/2011 |

**7. Chambers or Office Address**

400 Second Street, N.W.
Washington, D.C. 20217

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Insert signature on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Trustee | 1985 C.1 Trust |
| 2. | Trustee (Trust terminated) | 1989 C.2 Trust |
| 3. | Trustee | 2005 B.1 Trust |
| 4. | Trustee | 2005 B.2 Trust *See Section VIII |
| 5. | Trustee (Trust terminated) | 2005 B.3 Trust |
| 6. | Employee | Adjunct Professor, Law School, George Washington University, Washington, D.C. |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Halpern, James S. | 07/09/2012 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2011 | Law School, George Washington University, Washington, D.C. (teaching) | $26,100.00 |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | New York University | 6/10 | New York, NY | Seminar | Transportation, meals, lodging |
| 2. | American Society of Appraisers | 5/18 - 5/19 | Los Angeles, CA | Seminar | Transportation, meals, lodging |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Halpern, James S. | 07/09/2012 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Halpern, James S. | 07/09/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. 2005 B.1 Trust | G | Rent | P1 | W | | | | | |
| 2. -- 45th St. LLC **See Section VIII | | | | | | | | | |
| 3. -- 57th St. LLC **See Section VIII | | | | | | | | | |
| 4. -- Madison No. 1 LLC **See Section VIII | | | | | | | | | |
| 5. -- Madison No. 2 LLC **See Section VIII | | | | | | | | | |
| 6. -- 7th Ave. LLC **See Section VIII | | | | | | | | | |
| 7. -- 57 Sofia LLC **See Section VIII | | | | | | | | | |
| 8. -- 45 Anna LLC **See Section VIII | | | | | | | | | |
| 9. -- Dyer 501 LLC **See Section VIII | | | | | | | | | |
| 10. -- Dylan 7th Ave. LLC **See Section VIII | | | | | | | | | |
| 11. Morg. Stan. BK N.A.-- Cash/Money Acct. | A | Interest | L | T | | | | | |
| 12. Berkshire Hathaway C1.B | A | Dividend | J | T | | | | | |
| 13. Alliance Bernstein Interim-Div. Muni. CL.C | A | Interest | | | Sold | 03/22/11 | K | A | |
| 14. Amer. Growth FD of America CL.C | A | Dividend | | | Sold | 03/22/11 | L | E | |
| 15. EV National MUNI Inc. C | D | Interest | M | T | | | | | |
| 16. Fed. Kaufman FD CL.C | A | Dividend | | | Sold | 03/22/11 | L | A | |
| 17. Franklin Fed. Tax Free CL.C | B | Interest | | | Sold | 03/22/11 | K | A | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Legg Mason WA MGD MUN C | D | Interest | M | T | Sold (part) | 03/22/11 | K | A | |
| 19. Thornburg Ltd. Term US Govt CL.C | B | Interest | | | Sold | 01/25/11 | L | A | |
| 20. First Eagle Global C | A | Dividend | L | T | Buy | 01/21/11 | L | | |
| 21. Wells Fargo Muni Bond C | C | Interest | M | T | Buy | 06/08/11 | M | | |
| 22. DWS Managed Muni Bond C | C | Interest | M | T | Buy | 06/08/11 | M | | |
| 23. IRA | E | Int./Div. | N | T | | | | | |
| 24. -- Morg. Stan. BK N.A. --Cash Money Acct. | | | | | | | | | |
| 25. -- Post Properties Inc. PFD | | | | | Sold | 03/14/11 | K | A | |
| 26. -- Citigroup Cap VIII Def. Int. Trust PFD Stk | | | | | Sold | 05/03/11 | K | A | |
| 27. -- Bank 1 Cap VI Def. Int. Trust PFD Secs | | | | | Sold | 05/03/11 | K | A | |
| 28. -- USB Cap X Dep Int Tr Pfd Secs | | | | | Sold | 05/03/11 | K | A | |
| 29. -- Am. Growth FD of Am. CL.C | | | | | Sold | 09/06/11 | J | A | |
| 30. -- Franklin Inc. FD CL.C | | | | | | | | | |
| 31. -- Loomis Sayles STR. Inc. FD CL.C | | | | | Buy | 09/07/11 | J | | |
| 32. -- Oppenheimer Intl. BD FD. C | | | | | Sold | 01/21/11 | K | A | |
| 33. -- Pimco Total Return C | | | | | | | | | |
| 34. -- Arrow DWA Balanced C | | | | | Buy | 03/15/11 | K | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Halpern, James S. | 07/09/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. -- Templeton Global Bond FD C | | | | | Buy | 01/24/11 | K | | |
| 36. -- Van Eck Global Hard Assets C | | | | | Buy | 05/05/11 | K | | |
| 37. -- Pimco All Asset C | | | | | Buy | 05/12/11 | K | | |
| 38. TIAA-CREF Retirement Fund (Traditional) | C | Dividend | L | T | | | | | |
| 39. TIAA-CREF Retirement Fund (Real Estate) | C | Dividend | L | T | | | | | |
| 40. TIAA-CREF Retirement Fund (T-C Bond Plus) | C | Dividend | L | T | | | | | |
| 41. Sentinel Small Company Fund | B | Dividend | K | T | | | | | |
| 42. 1985 C.I. Trust | D | Dividend | M | T | | | | | |
| 43. -- Morg. Stan. BK N.A.--Cash/Money Acct. | | | | | | | | | |
| 44. -- Allianz NFJ Sm. CP Value FD CL.C | | | | | | | | | |
| 45. -- Eaton Vance Lg. CP. Val. C | | | | | Sold | 08/30/11 | J | A | |
| 46. -- American Growth FD of America CL.C | | | | | Sold | 09/06/11 | J | A | |
| 47. -- American Cap WLD GRW & Inc. CL.C | | | | | | | | | |
| 48. -- Federated Kaufman Small Cap FD CL.C | | | | | Sold | 08/30/11 | J | A | |
| 49. -- Loomis Sayles Strat. Inc. C | | | | | Buy | 09/07/11 | J | | |
| 50. -- Templeton Global BD. FD. C | | | | | | | | | |
| 51. -- Pimco Total RT FD CL.C | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Halpern, James S. | 07/09/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. -- Prudential Jennison EQ Inc. C | | | | | Buy | 08/31/11 | K | | |
| 53. 1989 C.2 Trust (Terminated) | E | Rent/Div. | J | T | | | | | |
| 54. -- Morg. Stan. BK N.A.--Cash/Money Acct. | | | | | Distributed | 01/31/11 | J | | |
| 55. -- Halbar Real Estate Partners, LLC | | | | | Distributed | 12/31/11 | M | | |
| 56. -- Eaton Vance Lg Cap Val. FD CL.C | | | | | Distributed | 01/31/11 | K | | |
| 57. -- American Growth FD of America CL.C | | | | | Distributed | 01/31/11 | J | | |
| 58. -- American Cap WLD GRW & Inc. CL.C | | | | | Distributed | 01/31/11 | K | | |
| 59. -- Pimco Total RT FD CL.C | | | | | Distributed | 01/31/11 | K | | |
| 60. Sep | E | Dividend | N | T | | | | | |
| 61. -- Morg. Stan. BK N.A.--Cash/Money Acct. | | | | | | | | | |
| 62. --Delaware Diversified Inc. C | | | | | | | | | |
| 63. -- Loomis Sayles St. Inc. FD CL.C | | | | | | | | | |
| 64. -- Oppenheimer Int. BD FD C | | | | | Sold | 01/21/11 | K | A | |
| 65. -- Pimco Total RT FD CL.C | | | | | | | | | |
| 66. -- Franklin INC. FD CL.C | | | | | | | | | |
| 67. -- American Capital WLD GRW & Inc. CL.C | | | | | | | | | |
| 68. -- Templeton Global Bond FD C | | | | | Buy | 01/24/11 | L | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Halpern, James S. | 07/09/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. 2005 B.3 Trust (Terminated) | A | Dividend | L | T | | | | | |
| 70. --Citibank N.A. So. Dak.Dep. Pgm. | | | | | Distributed | 06/09/11 | J | | |
| 71. --Artisian INTL. FD | | | | | Distributed | 06/09/11 | J | | |
| 72. --Davis NY Venture FD INC | | | | | Distributed | 06/09/11 | J | | |
| 73. --Growth FD of America CL F | | | | | Distributed | 06/09/11 | K | | |
| 74. --JP Morgan Emerging Mkts Equity FD Select | | | | | Distributed | 06/09/11 | K | | |
| 75. -- Templeton Global BD FD Advisor CL | | | | | Distributed | 06/09/11 | J | | |
| 76. -- ISHARES TR Barclay's US AGG. FD | | | | | Distributed | 06/09/11 | J | | |
| 77. -- ISHARES RUSSEL Midcap Value Indx ED | | | | | Distributed | 06/09/11 | J | | |
| 78. -- ISHARES RUSSEL Midcap Growth Index FD | | | | | Distributed | 06/09/11 | J | | |
| 79. -- Vanguard Small Cap Growth ETF | | | | | Distributed | 06/09/11 | J | | |
| 80. -- Vanguard Small Cap Value ETF | | | | | Distributed | 06/09/11 | J | | |
| 81. --Pimco FDS--Emerging Local Bd Fd. | | | | | Distributed | 06/09/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Halpern, James S. | 07/09/2012 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

*2005 B.2 Trust (unfunded trust).

**New York City real estate investment.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ James S. Halpern**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544